**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Sharon Kathleen Hudson** | Social Security number or ITIN   xxx–xx–7413 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:   18–12683–MBK | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sharon Kathleen Hudson

12/9/19

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-12683-MBK
Sharon Kathleen Hudson                                                    Chapter 13
              Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Dec 09, 2019
                             Form ID: 3180W           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
db              +Sharon Kathleen Hudson,   507 Riverwood Park,   Point Pleasant Beach, NJ 08742-2428
aty             +Michael F. Hartley,   Knuckles, Komoskinski & Manfro, LLP,   50 Tice Blvd.,
                 Woodcliff Lake, NJ 07677-7654
517327763       +Fertility & Gynecology PA/IVF,   81 Veronica Ave.,   Somerset, NJ 08873-3491
517327765       +Knuckles, Komosinski & Manfro, LLP,   50 Tice Blvd.,   Woodcliff Lake, NJ 07677-7654
518462898        MTGLQ Investors, LP,   c/o Rushmore Loan Management Services,   P.O. Box 52708,
                 Irvine, CA 92619-2708
518462899       +MTGLQ Investors, LP,   c/o Rushmore Loan Management Services,   P.O. Box 52708,
                 Irvine, CA 92619-2708,   MTGLQ Investors, LP,
                 c/o Rushmore Loan Management Services 92619-2708
517336450       +Marinosci & Baxter,   Attorney for the Creditor,   Wellington Center,
                 14643 Dallas Pkwy, Suite 750,   Dallas, TX 75254-8884
517327766       +Midland Funding LLC,   c/o Pressler & Pressler, L.L.P,   7 Entin Road,
                 Parsippany, NJ 07054-5020
517327768       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Unit,
                 P.O. Box 245,   Trenton, NJ 08695-0245)


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 10 2019 00:01:11    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 10 2019 00:01:08    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm               E-mail/Text: bkteam@selenefinance.com Dec 10 2019 00:00:28    Selene Finance, LP,
                 P.O. Box 422039,   Houston, TX 77242-4239
517327762        EDI: CHASE.COM Dec 10 2019 04:23:00    Chase Bank USA,   P. O. Box 15298,
                 Wilmington, DE 19850-5298
517467474       +E-mail/Text: bkteam@selenefinance.com Dec 10 2019 00:00:28
                 Christiana Trust, A Division of Wilmington Savings,   c/o Selene Finance LP,
                 9990 Richmond Ave Ste 400 South,   Houston, TX 77042-4546
517327764       +EDI: IRS.COM Dec 10 2019 04:23:00    Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
517327767       +E-mail/Text: bkteam@selenefinance.com Dec 10 2019 00:00:27    Selene Finance LLC,
                 PO Box 422039,   Houston, TX 77242-4239
517453966       +EDI: AIS.COM Dec 10 2019 04:23:00    Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                          TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518515771*      +Sharon Kathleen Hudson,   507 Riverwood Park,   Point Pleasant Beach, NJ 08742-2428
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Dec 09, 2019
                             Form ID: 3180W           Total Noticed: 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
        Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo   docs@russotrustee.com
        Denise E. Carlon   on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Douglas J. McDonough   on behalf of Creditor   Liberty Revolving Trust DMcDonough@flwlaw.com
        Rebecca Ann Solarz   on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com
        Steven P. Kelly   on behalf of Creditor   Christiana Trust, A Division of Wilmington Savings Fund
        Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-19
        skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        William H. Oliver, Jr.   on behalf of Debtor Sharon Kathleen Hudson bkwoliver@aol.com,
        R59915@notify.bestcase.com
                                         TOTAL: 8